**In the Matter of David J. COLMAN.**

No. 53S00–9606–DI–457.

Supreme Court of Indiana.

Feb. 10, 1999.

## ORDER OF REINSTATEMENT

Comes now the Indiana Supreme Court Disciplinary Commission and tenders to this Court its recommendation on the *Petition for Reinstatement* filed by the respondent, David J. Colman, wherein a majority of Commission members recommended that the respondent be reinstated to the practice of law in this state.

And this Court, being duly advised, now finds that the Commission's recommendation should be approved and, accordingly, that the respondent should be reinstated to the practice of law, effective immediately.

IT IS, THEREFORE, ORDERED that the respondent, David J. Colman, is reinstated to the practice of law in this state, effective immediately.

The Clerk of this Court is directed to forward notice of this Order to the respondent or his attorney, to the Indiana Supreme Court Disciplinary Commission, and to all entities previously advised, pursuant to Ind. Admission and Discipline Rule 23(3), of the respondent's suspension from the practice of law in this state.

All Justices concur.

**In the Matter of Ray Bradford MERRITT.**

No. 79S00–9810–DI–609.

Supreme Court of Indiana.

Feb. 12, 1999.

## ORDER SUSPENDING RESPONDENT PENDING PROSECUTION

The Indiana Supreme Court Disciplinary Commission has filed its *Motion for Suspension Pending Prosecution* in which it alleges reasonable cause to believe that the respondent, Ray Bradford Merritt, is guilty of misconduct which, if proven, would warrant suspension pending prosecution pursuant to Ind. Admission and Discipline Rule 23, section 11.1(b). The respondent has consented in writing to this suspension, and the hearing officer appointed in this cause has recommended the suspension.

The Court finds that the respondent should be suspended pending prosecution.

Accordingly, the Court ORDERS that the respondent, Ray Bradford Merritt, be suspended from the practice of law in Indiana, effective this date and until further order of this Court.

The Clerk of this Court is further directed to provide notice of this order in accordance with Admis.Disc.R. 23(3)(d) and to provide the clerk of the United States Court of Appeals for the Seventh Circuit, the clerk of each of the United States District Courts in this state, and the clerk for each of the United States Bankruptcy Courts in this state with the last known address of the respondent as reflected in the records of the clerk.

All Justices concur.